ACCEPTED
12-14-00321-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/20/2015 12:31:24 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS
### TWELFTH SUPREME JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/20/2015 12:31:24 PM
CATHY S. LUSK
Clerk

| THE STATE OF TEXAS | § | |
| | § | |
| VS. | § | NO. 12-14-00321-CR |
| | § | |
| RUSSELL LEON WOOD | § | |

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief.

As grounds therefore, the State shows the Court the following:

1.  The present deadline for filing the State's brief: February 5, 2015

2.  The length of time requested for an extension: 45 Days

7.  The number of extensions previously requested/granted: None

8.  The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

CHRIS MARTIN
Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24050016
ATTORNEY FOR THE STATE

State's Motion for Extension of Time to File Brief
SOT v. Russell Leon Wood, 12-14-00321-CR
Trial Court Case Number 2013-00396

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared CHRIS MARTIN, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause. The State's request for an extension of time is based upon the following facts:

The Van Zandt County Criminal District Attorney's Office does not an appellate division or any attorneys dedicated to appellate work. I have not had sufficient time to complete the State's brief in this matter prior to the stated deadline of February 5, 2015 or this present date. I currently have five (5) additional criminal cases on appeal in this Honorable Court, and each have taken considerable amounts of time to prepare for appeal during this time period (12-15-00038-CR; 12-15-00006-CR; 12-14-00368-CR; 12-14-00337-CR; 12-14-00200-CR).

If the Motion for Extension of Time is granted, I fully expect to have the brief submitted timely and do not anticipate the need to file any additional requests for extensions. On this date I consulted with Mr. Joel Elliott, counsel for the defendant, and he is unopposed to this request for additional time to submit the State's brief."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the 20th day of

_____, 2015.

_____
Notary Public in and for
The State of Texas
Printed Name: Ashley Coker
My Commission Expires: 9-19-2018

ASHLEY COKER
Notary Public, State of Texas
My Commission Expires
September 19, 2018

State's Motion for Extension of Time to File Brief
SOT v. Russell Leon Wood, 12-14-00321-CR
Trial Court Case Number 2013-00396

## CERTIFICATE OF SERVICE

I, CHRIS MARTIN, do hereby certify that a true and correct copy of the

foregoing instrument was emailed to the Appellant's Attorney of Record, Mr. Joel

Elliott at joel@elliottattorneys.com on February 20, 2015.

_____
CHRIS MARTIN